# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JUDITH CLARK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.  CV 08-S-2040-NE |
| | ) | |
| **OXFORD MANAGEMENT SERVICES, INC., ET AL.,** | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

The court having been notified that all claims embraced herein have been resolved, it is ORDERED that this action is DISMISSED with prejudice, but providing that if the terms of the settlement are not fully consummated within a reasonable period of time, not to exceed 45 days from this date, the court will entertain a petition to reinstate this action, and such reinstatement shall relate back to the original date of filing.  Costs are taxed as paid.  The clerk is directed to close this file.

DONE this 15th day of January, 2009.

_____
United States District Judge